IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**ALEXANDER CURRY-FISHTORN**                                       **PLAINTIFF**

v.                                **Civil No. 1:20-cv-1043**

**JIM SMITH, Jailer Ouachita County**
**Detention Center**                                                                    **DEFENDANT**

### ORDER

Before the Court is Plaintiff's Motion to Dismiss this case. (ECF No. 47). The Court has been advised that all claims in this case have been settled, and finds this case should be dismissed with prejudice, subject to the terms of the parties' settlement agreement. Accordingly, the Motion to Dismiss (ECF No. 47) is **GRANTED.**

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement between the parties with the Court retaining jurisdiction to enforce the terms of the settlement agreement.

**IT IS FURTHER ORDERED** if any party desires that the terms of settlement be a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED** this 26th day of August 2022.

                                                    *Christy Comstock*
                                                    CHRISTY COMSTOCK
                                                    UNITED STATES MAGISTRATE JUDGE